UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| United States of America, | § | |
| | § | Civil Case |
| vs. | § | (CDCS: 2017A40435) |
| | § | (CDCS: 2017A40461) |
| I& S Healthcare Services (2) LLC. | § | (CDCS: 2017A40455) |
| | § | |
| | § | |

## Complaint

1.  Jurisdiction

The  District Court has jurisdiction because a federal agency is a party to  this action and  under  the  express  authority  granted  to  it  by  the  United   States Constitution Article III, Section 2,  28 U.S.C. § 1345 (2013).

2.  Venue

Venue  is  proper  in  the  Southern  District  of  Texas,  Houston  Division,  because  the defendant resides in Houston and may be served at 2646 South Loop West, STE 370, Houston, Texas  77054.  The defendant's process address is located in Harris County. 28 U.S.C. § 1391 (2013).

3.  Breach of Contract

a.  Defaulted Note

This action seeks recovery of a debt owed to the United States.   The defendant has not repaid the debt as agreed.

The amount owed includes:

<u>CDCS 2017A40435</u>

| | |
|---|---|
| Principal | $ 6,978.79 |
| Interest as of 02/16/2017. | $ 3,534.70 |
| Attorney's fees | $ 550.00 |
| Balance due | $11,063.49 |

Interest rate of 10.50% accrued at a daily rate of $ 2.00.

<u>CDCS 2017A40461</u>

| | |
|---|---|
| Principal | $ 9,311.49 |
| Interest as of 02/16/2017. | $ 4,707.87 |
| Balance due | $ 14,019.36 |

Interest rate of 10.87% accrued at a daily rate of $ 2.78.

<u>CDCS 2017A40455</u>

| | |
|---|---|
| Principal | $ 26,063.54 |
| Interest as of 02/16/2017. | $ 13,457.04 |
| Balance due | $ 39,520.58 |

Interest rate of 10.87% accrued at a daily rate of $ 7.76.

The certificates of indebtedness, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

b.  Failure to Pay

Demand for payment has been made by Plaintiff. Defendant has failed to pay

the debt.

4.  Prayer

The  United States prays for the sums of the Balance due in paragraph 3 to  include

principal, interest, and attorney fees.   Plaintiff prays for prejudgment interest through

the date of judgment  and other fees that the Court deems proper.

Respectfully submitted,

/s/ Clifton C. Kyle

Clifton C. Kyle
Kyle Law Group, P.C.
Attorney for United States of America
Texas Bar No. 24077217
SDTX 1232748
1716A Washington Ave
Houston, Texas 77007
Phone: (281) 501-0610
Fax: (281) 501-0631
Email: cckyle@kylelawgroup.com



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

I & S Healthcare Services, LLC

The debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $ 6,978.79 |
| Interest through 2/16/17: | $ 3,534.70 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/16/17:**     **$10,513.49**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.5% annually (a rate of $2.00 per diem).

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X   _Ashleigh Edmonds_

February 16, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



# U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

I & S Healthcare Services, LLC

The debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $ 9,311.49 |
| Interest through 2/16/17: | $ 4,707.87 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/16/17:     $14,019.36**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.87% annually (a rate of $2.78 per diem).

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X   ~~Ashleigh Edmonds~~

February 16, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

I & S Healthcare Services, LLC

The debtor named above is indebted to the United States in the amount stated as follows:

|  | |
|---|---|
| Principal: | $26,063.54 |
| Interest through 2/16/17: | $13,457.04 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/16/17:      $39,520.58**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.87% annually (a rate of $7.76 per diem).

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X  _Ashleigh Edmonds_

February 16, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service